RECEIVED
IN LAKE CHARLES, LA.

DEC 0 4 2015

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JACOB AUTHEMENT | * | CIVIL ACTION NO. 2:15-cv-53 |
| v. | * | JUDGE MINALDI |
| POLICE JURY OF JEFFERSON DAVIS PARISH, ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 30) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's civil rights complaint is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 3 day of Dec, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE